# APPLICATION FOR REFUND OF FEES
# PAID ELECTRONICALLY THROUGH PAY.GOV

Date of Request: 12/29/2023

Date of Fee Payment: 12/15/2023

Case Number: 1:23-cv-5783-LMM

Receipt Number: AGANDC-13100956

Amount to be Refunded: $405

Reason for Request:

Client had a last name change and two SFCS were filed. Both SFCS were filed under Kristina Ellison, but one was labeled for Kristina Martin. The receipt number for Martin was AGANDC-13100956. The Ellison receipt is AGANDC-13100966 with the case number 1:23-cv-5785-LMM.

Supervisor's Recommendation:


Action Taken:     _____     Approved

                  _____     Denied

                  _____     Referred to Judge for further action


_____           _____
DATE                                      KEVIN P. WEIMER
                                          Clerk of Court