UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: PARAGARD PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2974 |
| This document relates to: | |
| | 1:20-md-02974-LMM |
| KRISTINA ELLISON | |
| vs. | Civil Action No. 1:23-cv-05783-LMM |
| TEVA PHARMACEUTICALS, USA, INC., ET AL. | |

**<u>STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned Parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the claims of Plaintiff Kristina Ellison in the above captioned case be dismissed without prejudice against all Defendants, each party to bear its own costs. This Plaintiff is filed under a different case number, 1:23-cv-05785-LMM, which will remain pending in all aspects. This stipulation affects the above-listed case only.

Respectfully submitted May 15, 2024:

*/S/ Nicole Berg*
Nicole Berg (IL Bar #6305464)
Keller Postman LLC
150 N. Riverside Plaza, Suite 4100
Chicago, IL 60606
T. 312-741-5220
E. ncb@kellerpostman.com

[Signatures Continue on Proceeding Page]

Laura V. Yaeger
Yaeger Law, PLLC
FL Bar No. 101972
TX Bar No. 24011432
4905 34th St S, Suite 310
Saint Petersburg, FL 33747
(727) 202-5015
laura@yourlegalcounsel.net

*Attorneys for the Plaintiff*


**/s/ Allison Ng**
Allison Ng
Lori G. Cohen
Greenberg Traurig, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone: 678.553.2385
CohenL@gtlaw.com
nga@gtlaw.com

*Defendants' Co-Liaison Counsel*

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 15, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record who have appeared herein.

*<u>/S/ Nicole Berg</u>*

*Attorney for the Plaintiff*